# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN ALEXANDER BOELE<br><br>Defendant. | Magistrate Case No.: '21 MJ2532<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C. § 2252(a)(2) – Distribution of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

## Count One

On or about May 31, 2021, within the Southern District of California, defendant RYAN ALEXANDER BOELE, did knowingly distribute visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//

//

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Phillip Hernandez*
Phillip P. Hernandez, Special Agent
Homeland Security Investigations
U.S. Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 29th day of June, 2021

_____
HONORABLE BERNARD G. SKOMAL
United States Magistrate Judge

STATEMENT OF FACTS

I am a Special Agent (SA) with the U. S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to the HSI San Diego office since March 2018. I am currently assigned to the HSI San Diego, Child Exploitation group and am a member of the Internet Crimes Against Children (ICAC) Task Force in San Diego, CA. This complaint is based on my own investigation as well as information received from fellow HSI agents and other law enforcement officers.

On May 5, 2021, HSI Portland executed a federal search warrant in Oregon related to the distribution of child pornography on a social media application. The target of the search warrant admitted to the distribution of child pornography and admitted that he was an administrator over several private group chats dedicated to the distribution of child pornography. The target subsequently signed over his online

presence to HSI for further investigative activity and this social media account has been maintained and controlled by HSI SA Clint Lindsly.

On or about May 31, 2021, SA Lindsly, using the target account on the social media application, was monitoring a private group chat dedicated to the distribution of child pornography. This group is "private" and users can only participate after they have been invited by another user and "vetted" by an administrator (i.e. has posted child pornography in another group). SA Lindsly observed a user post four videos containing child pornography to the group chat in the social media application. SA Lindsly downloaded the four videos the user posted to the group chat, and screen recorded the conversation. Below is a description of the four videos posted by the user:

| File Name | Description |
| --- | --- |
| 9df6a805-8de12-4045-8596-45e01f41bf23 | This video depicts a naked prepubescent female and adult male engaging in penetrative intercourse with her while another adult male is being orally copulated by the prepubescent female. There was a red "Hello Kitty" blanket on the ground. |
| 123ea669-30c9-40b7-b6df-be6c919fce88 | This video depicts a prepubescent female on her back, partially dressed, with her underwear pulled down around her ankles with her legs pushed back towards her head. An adult male with an erect penis was having vaginal sex with her, and she appears to be drugged and/or unconscious as she is not moving. |
| 94df44c9-6ff5-4932-b43e-f9eb1cd27479 | This video depicts a prepubescent female naked from the waist down, on her back, with her legs positioned towards her head. An adult male anally penetrates her with an erect penis while the caption "Cutt Baby" displayed across the screen in colored lettering. |
| cbcf4b92-a560-477f-a19f-1053b9d627d3 | The video depicts a prepubescent female being vaginally penetrated by an adult male. |

After distributing the videos on the social media application, the user asked if any group members had access to underage girls in San Diego. SA Lindsly began speaking

directly with the user who provided SA Lindsly with a phone number for himself, that ended in 5462.

Utilizing law enforcement and proprietary database checks, SA Lindsly queried the phone number provided by the user and determined that the phone number was associated to RYAN ALEXANDER BOELE, born in 1982, with an address in San Diego, California. Further investigation revealed BOELE was a current registered sex offender stemming from a 2019 state conviction. Based on the above information, SA Lindsly contacted HSI San Diego for investigative assistance.

On June 4, 2021, I received the investigative lead from SA Lindsly and followed up on the lead with other members of the HSI San Diego Child Exploitation Group. Using vehicle registration information, the public California sex offender registration website, and other investigative means, I was able to determine BOELE's listed address is a residence in San Diego, California in the Southern District of California.

I reviewed each of the videos sent to SA Lindsly from BOELE and confirmed the videos depict child pornography as defined by 18 U.S.C. § 2256.

I confirmed BOELE was previously arrested in January 2019, by the Carlsbad Police Department. According to reports, BOELE posted an online advertisement for sex in October 2018. An undercover law enforcement officer responded to the advertisement posing as a fourteen- year-old female. BOELE continued to communicate with the undercover law enforcement officer, and on January 25, 2019, BOELE arrived to meet with what he thought was a 14-year-old female for sex. BOELE was arrested upon arrival and charged with various offenses in violation of the California Penal Code including, attempted lewd andlascivious acts on a minor, harmful matter sent with the intent to seduce a minor, contacting a minor to commit a felony, and arranging a meeting with a minor for lewd purposes. BOELE pled guilty and was sentenced to 250 days in jail followed by three years of probation.

On June 9, 2021, HSI agents executed a federal search warrant at BOELE's residence. The search of the residence resulted in the seizure of a laptop, a Samsung cell phone, a black generic cell phone, and a passport hard drive. While the search was taking place, and after being advised of and waiving his Miranda rights, BOELE voluntarily agreed to be interviewed by HSI agents. During that interview, BOELE confirmed he did have an account on the social media application and confirmed his username (which matched the username HSI SA Lindsly observed in the group chat and with whom he was chatting with individually on the social media application). BOELE said the group chat he is a member of "probably" contains videos and images of minors. BOELE stated he may have sent images or video to another user on the social media application the previous week. He admitted he has owned the Samsung cellular phone since August 2020.

Though a forensic review of the devices seized pursuant to the search warrant is ongoing, I was able to access BOELE's Samsung cell phone. I confirmed the existence of the social media application on BOELE's Samsung cellular phone.

Based on my training and experience, I know that the use of the social media application requires the use of the Internet and transmission of images and videos over the social media application is in an effecting interstate and foreign commerce. Specifically, in this investigation, the visual depictions identified above were distributed from BOELE's cellular phone in San Diego, California to other users, including HSI SA Lindsly in Oregon.